IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT THOMAS, | ) |
| Plaintiff, | ) |
| | ) Case No. 15-cv-3568 |
| v. | ) |
| MARCO ALVARADO, ADAM WIS, and VILLAGE OF SCHAUMBURG | ) Judge Alonso |
| Defendants. | ) |

## STIPULATION OF DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)

Plaintiff and Defendants, by and through their respective attorneys, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), stipulate that all Defendants be dismissed from this case, with prejudice and with each party to bear its own fees and costs.

*It is agreed and so stipulated:*

| | |
|---|---|
| Robert Thomas, Plaintiff | Defendants Alvarado, Wis, and Village of Schaumburg |
| BY: | BY: |
| /s/ Julie O. Herrera | /s/ John Timbo |
| Law Office of Julie O. Herrera | The Sotos Law Firm, P.C. |
| 53 W. Jackson, Suite 1615 | 550 E. Devon Avenue, Suite 150 |
| Chicago, Illinois 60604 | Itasca, IL 60143 |
| 312-697-0022 | Tel: (630) 735-3309 |
| 312-697-0812 (fax) | Fax: (630) 773-0980 |

DATE: 4/18/15